IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HERBERT RIFKIN,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 19-cv-5686 |
| | : | |
| **FITNESS INTERNATIONAL, LLC, et al.,** | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **HERBERT RIFKIN,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 20-cv-4547 |
| | : | |
| **SEVENTH VENTURE, LLC, et al.** | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this __19TH__ day of March, 2021, upon consideration of Plaintiff's Motion for Remand to Pennsylvania Court of Common Pleas (Case No. 20-4547, ECF No. 3), Defendants Seventh Venture, LLC and Eighth Venture, LLC's ("Ventures") response thereto (Case No. 20-4547, ECF No. 6), Ventures' Motion to Consolidate (Case No. 20-4547, ECF No. 2), Plaintiff's Motion to Compel Depositions and Extend Deadlines (Case No. 19-5686, ECF No. 30), Defendant Fitness International, LLC's ("Fitness") Response in Opposition and Cross-Motion for a Protective Order and to Compel Plaintiff's Deposition (Case No. 19-5686, ECF No. 31), Plaintiff's Response in Opposition to the Cross-Motion and in Further Support of the Motion to Compel and Extend (Case No. 19-5686, ECF No. 35), Fitness's Reply in Support of the Cross-Motion (Case No. 19-5686, ECF No. 33), and Fitness's Motion for Summary Judgment (Case No. 19-5686, ECF No. 36), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Remand to Pennsylvania Court of Common Pleas (Case No. 20-4547, ECF No. 3) is **DENIED**.

2. Ventures' Motion to Consolidate (Case No. 20-4547, ECF No. 2) is **GRANTED**.

3. Plaintiff's Motion to Compel Depositions and Extend Deadlines (Case No. 19-5686, ECF No. 30) is **GRANTED in part** and **DENIED in part**. The motion is **GRANTED** insofar as the Court shall issue an amended scheduling order in the consolidated matter allowing the parties additional time for discovery and dispositive motions. The Motion is **DENIED** in all other respects.

4. Fitness's Motion for a Protective Order and to Compel Plaintiff's Deposition (Case No. 19-5686, ECF No. 31) is **GRANTED in part** and **DENIED in part**. The Motion is **GRANTED** insofar as Topics 1 through 4 and 14 are **STRICKEN** from Plaintiff's Federal Rule of Civil Procedure 30(b)(6) Notice of Deposition, subject to the limitations set forth in the accompanying memorandum. The Motion is **DENIED** in all other respects, subject to the limitations set forth in the accompanying memorandum.

5. Fitness's Motion for Summary Judgment (Case No. 19-5686, ECF No. 36) is **DENIED without prejudice**.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge