IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HERBERT RIFKIN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **No.: 19-cv-5686** |
| | : | |
| **FITNESS INTERNATIONAL, LLC d/b/a** | : | |
| **LA FITNESS,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **HERBERT RIFKIN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **No.: 20-cv-4547** |
| | : | |
| **SEVENTH VENTURE, LLC, et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this __15TH__ day of June, 2022, upon consideration of Defendants Seventh Venture, LLC and Eighth Venture, LLC's Motion for Summary Judgment (ECF No. 21), Plaintiff's Response thereto (No. 19-5686, ECF No. 62),[1] and Defendants' Reply in support of their motion (ECF No. 22), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

JUDGMENT IS ENTERED in favor of Defendants Seventh Venture LLC and Eighth Venture, LLC, and against Plaintiff Herbert Rifkin.  This case shall be marked CLOSED as to all defendants.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] Plaintiff filed his Response to Defendants' Motion on the docket of Civil Action No. 19-cv-5686 against Defendant Fitness International, which has been consolidated with this case. (ECF No. 12; No. 19-5686, ECF No. 42).